**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | T.W. LaQuay Marine, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bludworth Shipyard 3101 Navigation Blvd Corpus Christi, TX 78402 | | Repairs & storage | | | | $4,775,000.00 |
| 2 | Power Repair Service Inc. 314 McBride Lane Corpus Christi, TX 78408 | | Vendor | | | | $3,557,211.63 |
| 3 | Manson Construction Co. 5985 Richard St, Ste 1 Jacksonville, FL 32216 | | Vendor | | | | $1,500,000.00 |
| 4 | Next Level Capital Solutions 2200 Market St, Ste 412 Galveston, TX 77550 | | Vendor | | | | $1,253,000.00 |
| 5 | Texas Funding Corp PO Box 19562 Houston, TX 77224 | | Vendor | | | | $927,000.00 |

Debtor   **T.W. LaQuay Marine, LLC**   Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Rio Marine, Inc. PO Box 231609 Houston, TX 77223-1609 | | Vendor | | | | $525,232.70 |
| 7  Palacios Shipyard PO Box 590 Palacios, TX 77465 | | Vendor | | | | $432,735.29 |
| 8  Raymond Rigby 170 Creekview Port Lacaca, TX 77979 | | Vendor | | | | $250,000.00 |
| 9  Caillou Island Towing Co Inc. PO Drawer 2568 Houma, LA 70361 | | Vendor | | | | $237,500.00 |
| 10 Apollo Electric Inc. PO Box 450527 Houston, TX 77245 | | Vendor | | | | $233,500.00 |
| 11 Novak Diesel Service, LLC 711 State Hwy 111 N Edna, TX 77957 | | Vendor | | | | $122,309.66 |
| 12 Schouest, Bamdas, Soshea et al. 1001 McKinney St., Ste 1400 Houston, TX 77002 | | Legal Services | | | | $119,947.19 |
| 13 Oil Patch Fuel & Supply Inc. PO Box 1089 Combes, TX 78535 | | Vendor | | | | $77,103.06 |

Debtor  **T.W. LaQuay Marine, LLC**          Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Sewart Supply LLC<br>PO Drawer L<br>Morgan City, LA 70384 | | Vendor | | | | $60,831.86 |
| 15 Aggreko<br>PO Box 972562<br>Dallas, TX 75397-2562 | | Vendor | | | | $53,695.93 |
| 16 Ameican Express<br>2401 Fountain View Dr, Ste 306<br>Houston, TX 77057-4854 | | Credit Card | | | | $52,579.21 |
| 17 City of Port Lavaca<br>202 North Virginia<br>Port Lavaca, TX 77979 | | Vendor | | | | $47,994.74 |
| 18 Vessel Repair Construction<br>PO Box 965<br>Groves, TX 77619 | | Vendor | | | | $38,248.00 |
| 19 Underwater Services Inc.<br>PO Box 1461<br>Aransas Pass, TX 78335 | | Vendor | | | | $29,228.00 |
| 20 Gardenland Nursery<br>2802 Hwy 87<br>Port Lavaca, TX 77979 | | Vendor | | | | $21,117.47 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3